**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CORNELL MITCHELL,<br><br>                Plaintiff,<br><br>      v.<br><br>CITY OF GARDENA, et al.,<br><br>                Defendants. | No. CV 07-7759-AHS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants King and Kuriyama's motion to dismiss is granted and plaintiff's claims against defendants King and Kuriyama are dismissed with prejudice.

3. The motion to dismiss of defendants City of Gardena and Officer Carl Freeman is granted and plaintiff's federal claims against these defendants are dismissed without leave to amend, but without prejudice.

1  4. Summary judgment is granted to defendant Torrance Memorial Medical Center, and plaintiff's claims against defendant Torrance Memorial Medical Center are dismissed with prejudice.

5. Plaintiff's motion to amend the Complaint is denied.

6. Judgment shall be entered consistent with this order.

7. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: August 29, 2008

ALICEMARIE H. STOTLER
HONORABLE ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE