UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORNELL MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF GARDENA, et al.,<br><br>    Defendants. | No. CV 07-7759-AHS (PLA)<br><br>**JUDGMENT** |

  Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: August 29, 2008

*ALICEMARIE H. STOTLER*
HONORABLE ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE